**Order entered February 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01000-CV

**RUSSELL D. ABEREGG, Appellant**

**V.**

**MONICA CESCHAN, Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-00023**

## ORDER

The clerk's record has been filed in the appeal. The trial court's judgment reflects that the parties waived the making of a record of the June 26, 2012 hearing in this divorce case. Accordingly, we **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

/s/     DAVID LEWIS
         JUSTICE